

# UNITED STATES DISTRICT COURT
## IN THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**CRAIG WHITE,**

    Plaintiff,

vs.                                   Case #03-72264

**UNITED PARCEL SERVICE,**           Honorable George E. Woods

    Defendant.

---

| | |
|---|---|
| Lance W. Mason (P43926) | Todd J. Shoudy (P41895) |
| Lance W. Mason, P.C. | Leigh R. Greden (P61859) |
| Attorney for Plaintiff | Dykema Gossett PLLC |
| 615 Griswold, Suite 901 | Attorneys for Defendant |
| Detroit, MI 48226 | 400 Renaissance Center |
| (313) 967-9016 | Detroit, MI 48243 |
| | (313) 568-6850 |

## STIPULATED ORDER DISMISSING PLAINTIFF'S COMPLAINT

At a session of the United States District Court held in the U.S. District Courthouse in Detroit, Michigan, on _MAR 2 9 2004_

PRESENT: Honorable _GEORGE E. WOODS_
                                  **District Court Judge**

The parties having stipulated to the entry of this Order dismissing Plaintiff Craig White's Complaint in its entirety, with prejudice, and without costs or attorneys' fees assessed to either party; and the Court being fully advised of the premises;

IT IS HEREBY ORDERED that Plaintiff Craig White's Complaint, including all claims that could or should have been brought therein, is **DISMISSED WITH PREJUDICE**, in its entirety, and without costs or attorneys fees assessed to either party.

_____
UNITED STATES DISTRICT COURT JUDGE

_____
Lance W. Mason
Attorney for Plaintiff Craig White

*Via attached written consent*

_____
Leigh R. Greden
Attorney for Defendant
United Parcel Service, Inc.

IT IS HEREBY ORDERED that Plaintiff Craig White's Complaint, including all claims that could or should have been brought therein, is **DISMISSED WITH PREJUDICE**, in its entirety, and without costs or attorneys fees assessed to either party.

---

UNITED STATES DISTRICT COURT JUDGE

_____  
Lance W. Mason  
Attorney for Plaintiff Craig White

_____  
Leigh R. Greden  
Attorney for Defendant  
United Parcel Service, Inc.